UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROADVOICE, INC., <br><br> Plaintiff, <br><br> v. <br><br> BROADVOX LLC, <br> BROADVOX HOLDINGS LLC, <br> BROADVOX DISTRIBUTION LLC and, <br> BROADVOX CORPORATION. <br><br> Defendants. | Civil Action No. 05-11008-MLW |

### STIPULATION EXTENDING TIME TO ANSWER COMPLAINT

This stipulation is made and entered into as of this 27th day of June, 2005 by and between the Plaintiff Broadvoice, Inc. ("Broadvoice") and the Defendants Broadvox LLC, Broadvox Holdings LLC, Broadvox Distribution LLC, and Broadvox Corporation ("Broadvox") (collectively, "the Parties").

### Recitals

WHEREAS, on May 17, 2005, Broadvoice filed the Complaint for Civil Action No. 05-11008-MLW;

WHEREAS, Broadvoice has served the Complaint on the Broadvox entities on various dates;

WHEREAS, the first deadline for answering the Complaint is June 27, 2005;

WHEREAS, Broadvox requires additional time to prepare an answer to the Complaint, the parties hereby stipulate and agree as follows:

B3053320.1

1. The time in which Broadvox may answer the Complaint is extended to and including July 11, 2005;

2. Nothing in this stipulation shall be construed as a waiver on the part of Broadvox to seek additional time to answer the Complaint, or as a waiver on the part of Broadvoice to oppose any such request.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| BROADVOICE, INC., | BROADVOX LLC et al, |
| By its attorney, | By its attorneys, |

Lucy D. Lovrien (BBO No. 555042)
Ten Winthrop Square
Boston, MA 02110
(617) 423-4050

Michael P. Boudett (BBO No. 558757)
Heather L. Carlton (BBO No. 661583)
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Dated: June 27, 2005

### CERTIFICATE OF SERVICE

I, Heather L. Carlton, hereby certify that I served the foregoing document by facsimile and first-class mail to counsel Lucy D. Lovrien, Ten Winthrop Square, Boston MA 02110, this 27th day of June, 2005.

Heather L. Carlton

B3053320.1