UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROADVOICE, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BROADVOX, LLC, )<br>BROADVOX HOLDINGS LLC )<br>BROADVOX DISTRIBUTION LLC )<br>BROADVOX CORPORATION, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-11008-MLW |

## MOTION FOR ADMISSION PRO HAC VICE

In accordance with Local Rule 83.5.3(b), defendants Broadvox LLC, Broadvox Holdings LLC, Broadvox Distribution LLC, and Broadvox Corporation ("Broadvox"), through counsel, hereby move that Robert E. Chudakoff be granted leave to appear and practice in this Court *pro hac vice* as counsel for Broadvox in the above-captioned matter. As grounds for this motion, moving counsel states the following:

1. Moving counsel are members in good standing of the bar of this Court and have filed a notice of appearance in this action.

2. As set forth in his Local Rule 83.5.3(b) certificate (attached hereto as <u>Exhibit A</u>), Mr. Chudakoff: (a) is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; (b) has no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (c) is familiar with the Local Rules of this Court.

B3053375.1

WHEREFORE, moving counsel requests that Mr. Robert E. Chudakoff be granted leave to appear and practice on behalf of Broadvox in this matter.

Respectfully submitted,

BROADVOX LLC et al,

By its attorneys,

*/s/ Heather L. Carlton*
Michael P. Boudett (BBO No. 558757)
Heather L. Carlton (BBO No. 661583)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02110-2600
(617) 832-1000

Dated: July 6, 2005

## CERTIFICATE OF SERVICE

On July 6, 2005, I, Heather L. Carlton, hereby caused a copy of the above motion (and attachment) to be served, via first-class mail, upon Lucy D. Lovrien, Esq., counsel of record for Plaintiff.

*/s/ Heather L. Carlton*
Heather L. Carlton

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

## CERTIFICATE OF
## GOOD STANDING

I, James Bonini, Clerk of this Court, certify that

**ROBERT E. CHUDAKOFF, BAR #0038594,**

was duly admitted to practice in this Court on

July 1, 1993

and is in good standing as a member of the Bar of this Court.

Dated at Columbus, Ohio on February 25, 2005.

JAMES BONINI, CLERK

By: Eduardo Rivera, Deputy Clerk

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA : 
: ss.
NORTHERN DISTRICT OF OHIO :

I, GERI M. SMITH, Clerk of the United States Court for the Northern District of Ohio, Eastern Division,

**DO HEREBY CERTIFY**, that  Robert E. Chudakoff   Bar No. # 0038594  , was duly admitted to practice

in said Court on  December 21, 1987  , and is in good standing as a member of the bar of said Court.

Dated at: Cleveland, Ohio

on: February 18, 2005

GERI M. SMITH
Clerk of Court

By: *Penny Johnson*
Deputy Clerk

# UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

TO ALL WHOM IT MAY CONCERN, GREETINGS:

THIS IS TO CERTIFY THAT

**ROBERT E. CHUDAKOFF,**

OF **CLEVELAND,** STATE OF **OHIO,** WAS ON MOTION, FIRST MADE TO THE COURT ON **HIS** BEHALF, DULY ADMITTED AND QUALIFIED AS AN ATTORNEY AND COUNSELOR OF THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT ON THE **SIXTEENTH** DAY OF **MAY,** IN THE YEAR OF OUR LORD ONE THOUSAND NINE HUNDRED AND EIGHTY-NINE, AND THAT **HE,** IS NOW IN GOOD STANDING.

In Testimony Whereof, I Leonard Green, Clerk of said Court, have hereunto set my hand and affixed the seal of the said Court, at the City of Cincinnati, Ohio this **22nd** day of **February** in the year of our Lord two thousand and five.



**Leonard Green**
Clerk, United States Court of Appeals for the Sixth Circuit

Ken Loomis
Deputy Clerk

Form 6CA-21
Revised January 2002

# The Supreme Court of Ohio

### CERTIFICATE

 I, RICHARD A. DOVE, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Attorney Registration Section of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Robert Ellis Chudakoff

was admitted to the practice of law in Ohio on November 16, 1987; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

        IN TESTIMONY WHEREOF, I have subscribed my
        name and affixed the seal of the Supreme Court, this
        16th day of February, 2005.


        RICHARD A. DOVE
        *Director, Attorney Services Division*

        *Attorney Services Counsel*