UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROADVOICE, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BROADVOX, LLC, )<br>BROADVOX HOLDINGS LLC )<br>BROADVOX DISTRIBUTION LLC )<br>BROADVOX CORPORATION, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-11008-MLW |

## NOTICE OF APPEARANCE

Please enter the appearance of Michael P. Boudett and Heather L. Carlton of the law firm of Foley Hoag LLP as counsel for Defendants Broadvox LLC, Broadvox Holdings LLC, Broadvox Distribution LLC, and Broadvox Corporation in the above-captioned matter. We are registered to receive filings electronically.

Respectfully submitted,

_/s/ signature_
Michael P. Boudett (BBO No. 558757)
Heather L. Carlton (BBO No. 661583)
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2600
Phone:  (617) 832-1000
Fax:  (617) 832-7000

Dated:  July 6, 2005

- 2 -

## CERTIFICATE OF SERVICE

I, Heather L. Carlton, hereby certify that on July 6, 2005, I caused a true copy of the foregoing document to be served via first-class mail upon counsel for the Plaintiff, Lucy D. Lovrien, Ten Winthrop Square, Boston, MA 02110.

_____
Heather L. Carlton