AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

Broadvoice, Inc.

V.

Broadvox, LLC; Broadvox Holdings, LLC
Broadvox Distribution, LLC; and
Broadvox Corporation

**SUMMONS IN A CIVIL ACTION**

## 05  11008 MLW

CASE NUMBER:

TO: (Name and address of Defendant)

Broadvox, LLC
1228 Euclid Ave., Suite 390
Cleveland, Ohio 44115

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lucy D. Lovrien
Ten Winthrop Square
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

MAY 17 2005

CLERK                                    DATE

(By) DEPUTY CLERK

AO 440  (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | June 6 , 2005 |
| NAME OF SERVER *(PRINT)*<br>George Janusczak | TITLE | Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):    Corporate service made at address on summons by delivering to Richard Chriquez    person authorized to accept service on behalf of entity on summons.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June   7 , 2005                    *Signature of Server*
                    Date

          Cleveland Service Agency
          PO Box 93447, Cleveland, OH 44101-5447

          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.