AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Broadvoice, Inc.

V.

Broadvox, LLC;
Broadvox Holdings, LLC;
Broadvox Distribution, LLC; and
Broadvox Corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 11008 MEL

TO: (Name and address of Defendant)

Broadvox Corporation
c/o U-B Corporation
1300 E. Ninth St., Suite 900
Cleveland, Ohio 44114

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lucy D. Lovrien
Ten Winthrop Square
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE 5-19-05

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE  June 6, 2005 |
| NAME OF SERVER (PRINT)  George Janusczak | TITLE  Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Corporate service made at address on summons by delivering to Karen McFarland person authorized to accept service on behalf of entity on summons.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 7, 2005         *[signature]*
             Date                  Signature of Server

Cleveland Service Agency
PO Box 93447, Cleveland, OH 44101-5447

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.