# UNITED STATES DISTRICT COURT

District of __Massachusetts__

Broadvoice, Inc.

V.

Broadvox, LLC;
Broadvox Holdings, LLC;
Broadvox Distribution, LLC; and
Broadvox Corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05 11008 MEL

TO: (Name and address of Defendant)

Broadvox Distribution, LLC
c/o Eugene Blumin
1551 Neo Parkway
Cleveland, Ohio 44128

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lucy D. Lorien
Ten Winthrop Square
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

5-19-05
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | June 17, 2005 |
| NAME OF SERVER *(PRINT)* George Janusczak | TITLE Special Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the third-party defendant. Place where served: Served Eugene Blumin personally at 1228 Euclid Ave. Suite 390, Cleveland, OH 44115

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 20, 2005
               Date

*Signature of Server*

Cleveland Service Agency
PO Box 93447, Cleveland, OH 44101-5447

*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.