UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROADVOICE, INC., )<br>)<br>Plaintiff / Counterclaim Defendant, )<br>)<br>v. )<br>)<br>BROADVOX LLC, )<br>BROADVOX HOLDINGS LLC, )<br>BROADVOX DISTRIBUTION LLC and, )<br>BROADVOX CORPORATION. )<br>)<br>Defendants / Counterclaimant. )<br>) | Civil Action No. 05-11008-MLW |

### AFFIDAVIT OF ROBERT E. CHUDAKOFF

I, Robert E. Chudakoff, depose and state as follows:

1. I am one of the attorneys for Broadvox LLC et al., Defendants and Counterclaimants in the above-referenced matter.

2. I am a partner with the law firm of Ulmer & Berne LLP, 1300 East Ninth Street, Suite 900, Cleveland, Ohio 44114-1583, (216) 931-6126, rchudakoff@ulmer.com.

3. I am a member in good standing of the State Bar of the State of Ohio, to which I was admitted in 1987. I have also been admitted to practice before the United States District Court for the Northern District of Ohio (1987), the United States District Court for the Southern District of Ohio (1993), and the United States Court of Appeals for the Sixth Circuit (1989). I am in good standing and eligible to practice in every court to which I have been admitted. Copies of my Certificates of Good Standing for the courts in which I am admitted were previously submitted to this Court.

4. I have not been denied admission or disciplined by this Court or any other court. I am not currently suspended or disbarred, nor have I ever been suspended or disbarred in any jurisdiction.

B3075945.1

5. I have fully reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. My clients have retained the firm of Foley Hoag LLP to serve as local counsel in the above-captioned matter. The clients have requested that the undersigned remain involved in this litigation as lead counsel due to the long-standing attorney-client relationship with the undersigned's firm.

7. Being admitted pro hac vice would enable the undersigned to effectively serve the clients' best interest in that my clients' resources would not be spent duplicating knowledge already developed in prior matters.

_____
Robert E. Chudakoff, Esq.

SWORN TO BEFORE ME and subscribed in my presence this 29th day of July, 2005.

_____
Notary Public

ANNE M. KLEPACH, Atty.
NOTARY PUBLIC • STATE OF OHIO
My commission has no expiration date
Section 147.03 O.R.C.