UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BROADVOICE, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 05-11008-MLW |
| v. | ) | |
| | ) | |
| BROADVOX LLC, | ) | |
| BROADVOX HOLDINGS LLC, | ) | |
| BROADVOX DISTRIBUTION LLC and, | ) | |
| BROADVOX CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION EXTENDING TIME TO ANSWER COUNTERCLAIM

This stipulation is made and entered into as of this 3rd day of August, 2005 by and between the Plaintiff BroadVoice, Inc. ("Broadvoice") and the Defendants Broadvox LLC, Broadvox Holdings LLC, Broadvox Distribution LLC, and Broadvox Corporation ("Broadvox") (collectively, "the Parties").

## Recitals

WHEREAS, on July 11, 2005, Broadvox served a Joint Answer, Counterclaim and Jury Demand on Broadvoice for Civil Action No. 05-11008-MLW;

WHEREAS, Broadvoice requires additional time to prepare an answer to the Counterclaim, the Parties hereby stipulate and agree as follows:

1.    The time in which Broadvoice may answer the Counterclaim is extended to and including August 18, 2005;

2.      Nothing in this stipulation shall be construed as a waiver on the part of

Broadvoice to seek additional time to answer the Counterclaim, or as a waiver on the part

of Broadvoice to oppose any such request.


Respectfully submitted,                          Respectfully submitted,

BROADVOICE, INC.,                                BROADVOX LLC et al,

By its attorney,                                 By its attorneys,


_Lucy D. Li_                                     _Heather L. Carlton/LDL_
Lucy D. Lovrien (BBO No. 555042)                 Michael P. Boudett (BBO No. 558757)
Ten Winthrop Square                              Heather L. Carlton (BBO No. 661583)
Boston, MA 02110                                 Foley Hoag LLP
(617) 423-4050                                   155 Seaport Boulevard
                                                 Boston, MA 02210
                                                 (617) 832-1000


Dated: August 3, 2005


### CERTIFICATE OF SERVICE

I, Lucy D. Lovrien, hereby certify that I served the foregoing document by
facsimile and first-class mail to counsel Heather L. Carlton, Foley Hoag LLP, 155
Seaport Boulevard, Boston MA 02110, this 3rd day of August, 2005.

_Lucy D. Li_
Lucy D. Lovrien