# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____
                     )
BROADVOICE, INC.,         )
                     )
              Plaintiff   )
                     )     CIVIL ACTION NO. 05-11008-MLW
v.                     )
                     )
BROADVOX, LLC., et al.   )
                     )
            Defendants   )
_____)

## NOTICE OF APPEARANCE

The undersigned attorney hereby notices his appearance as co-counsel for Plaintiff Broadvoice, Inc., in the action shown above.

Respectfully submitted,


_____/Sean Ploen/_____
Date: October 4, 2005      Sean Ploen, Esq. (BBO# 641279)
BOSTON LAW GROUP, LLP
20 Park Plaza, Suite 637
Boston, Massachusetts  02116
(617) 426-6809

cc:    Heather L. Carlton, Esq.
       Michael P. Boudett, Esq.
       Robert E. Chudakoff, Esq.
       Lucy D. Lovrien, Esq.