IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BROADVOICE, INC., | ) | CIVIL ACTION NO. 05-11008-MLW |
| Plaintiff | ) ) | |
| vs. | ) ) | **NOTICE OF CHANGE OF ADDRESS AND TELEPHONE NUMBER** |
| BROADVOX, LLC, et al., | ) ) ) | |
| Defendants | ) ) ) | |

Please take Notice that **effective November 28, 2005**, the address and telephone number for Robert E. Chudakoff, counsel for Broadvox, LLC, Broadvox Holdings, LLC, Broadvox Distribution, LLC and Broadvox Corporation will be:

> Robert E. Chudakoff (0038594)
> Ulmer & Berne LLP
> Skylight Office Tower
> 1660 West 2nd Street – Suite 1100
> Cleveland, Ohio 44113-1448
> Tel: (216) 583-7000
> Fax: (216) 583-7001
> E-Mail: rchudakoff@ulmer.com

    s/ *Robert E. Chudakoff*
Robert E. Chudakoff (Ohio #0038594)
Ulmer & Berne LLP
Skylight Office Tower
1660 West 2nd Street – Suite 1100
Cleveland, Ohio 44113-1448
Tel: (216) 583-7000
Fax: (216) 583-7001
rchudakoff@ulmer.com

One of the Attorney for Defendants
Broadvox, LLC
Broadvox Holdings, LLC
Broadvox Holdings, LLC
Broadvox Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2005, the foregoing Notice of Change of Address and Telephone Number was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system as well as regular U. S. Mail.  Parties may access this filing through the Court's system.

>   Lucy D. Lovrien (BBO No. 555042)
>   10 Winthrop Square
>   Boston, MA 02110
>   Tel: (617) 423-4050
>   Fax:  (617) 426-5251
>   Email: lovrien@wn.net
>
>   One of the Attorneys for Plaintiff
>
>   Sean C. Ploen  (BBO No. 641279)
>   Boston Law Group, LLP
>   20 Park Plaza
>   Boston, MA   02116
>   Tel: (617) 426-6809
>   Fax: (617) 426-6802
>   Email: sploen@bostonlawgroup.com
>
>   One of the Attorneys for Plaintiff

> s/ *Robert E. Chudakoff*
> Robert E. Chudakoff (Ohio #0038594)
> Ulmer & Berne LLP
>
> One of the Attorneys for Defendants
> Broadvox, LLC
> Broadvox Holdings, LLC
> Broadvox Holdings, LLC
> Broadvox Corporation

1511706.1
29008-0008