UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
BROADVOICE, INC.,                   )
                                    )
        Plaintiff / Counterclaim Defendant, )
                                    )   Civil Action No. 05-11008-MLW
    v.                              )
                                    )
BROADVOX LLC,                       )
BROADVOX HOLDINGS LLC,              )
BROADVOX DISTRIBUTION LLC and,      )
BROADVOX CORPORATION.               )
                                    )
        Defendants / Counterclaimant. )
_____)

## CERTIFICATION

In accordance with Local Rule 16.1(D)(3), Plaintiff/Counterclaim Defendant BroadVoice, Inc. ("Broadvoice") and its counsel hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

| COUNSEL FOR BROADVOICE, INC.<br><br>/s/   Sean Ploen<br>Sean Ploen<br>(BBO# 641279)<br>Boston Law Group, LLP<br>20 Park Plaza, Suite 637<br>Boston, Massachusetts  02116<br>Tel:  (617) 426-6809<br>sploen@bostonlawgroup.com | BROADVOICE, INC.<br><br>/s/   Les Berry<br>Les Berry<br>President<br>BroadVoice, Inc.<br>Post Office Box 10<br>Billerica, MA  01862<br>Tel:  (978) 418-7350 |
|---|---|
| /s/ Lucy D. Lovrien<br>Lucy D. Lovrien<br>(BBO# 555042)<br>10 Winthrop Square<br>Boston, Massachusetts 02110<br>Tel:  (617) 423-4050<br>lovrien@wn.net | |

Dated: May 22, 2006