UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROADVOICE, INC., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>BROADVOX, LLC, )<br>BROADVOX HOLDINGS LLC )<br>BROADVOX DISTRIBUTION LLC )<br>BROADVOX CORPORATION, )<br>)<br>    Defendants. )<br>) | Civil Action No. 05-11008-MLW |

**DEFENDANTS' LOCAL RULE 16.1(D)(3) CERTIFICATE**

In accordance with Local Rule 16.1(D)(3), Defendants Broadvox LLC, Broadvox Holdings LLC, Broadvox Distribution LLC, and Broadvox Corporation (collectively, "Broadvox"), and their counsel hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

B3205020.1

Respectfully submitted,

BROADVOX LLC et al,

By its attorneys,

  */s/ Heather L. Carlton*
Michael P. Boudett (BBO No. 558757)
Heather L. Carlton (BBO No. 661583)
*mboudett@foleyhoag.com*
*hcarlton@foleyhoag.com*
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02110-2600
(617) 832-1000

So certified:


  */s/ Alexander E. Gertsburg*
Alexander E. Gertsburg, Esq.
Authorized Representative

Dated: May 18, 2006

## CERTIFICATE OF SERVICE

  I, Heather L. Carlton, hereby certify that this document, filed through the ECF system, will be sent electronically to all counsel of record for plaintiff this 22nd day of May 2006.

  */s/ Heather L. Carlton*
Heather L. Carlton