UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
BROADVOICE, INC.              )
     Plaintiff,               )
                              )
                              )
     v.                       )     C.A. No. 05-11008-MLW
                              )
BROADVOX, LLC. ET. AL         )
     Defendants.              )
```

ORDER

WOLF, C.J.                                              May 26, 2006

As stated at the May 24, 2006 Conference, it is hereby ORDERED that:

1. Counsel for the parties shall meet at least once to explore the possibility of settlement and report to the court by June 23, 2006, the status and prospects for settlement. If the case is not settled, the parties shall report whether they wish to participate in mediation to be conducted by a magistrate judge or an attorney on the court's panel of mediators.

2. Written discovery requests may be filed beginning on June 23, 2006.

3. Any Motion to Amend the Complaint shall be filed by June 30, 2006, and responses shall be filed as required by the applicable provisions of the Federal Rules of Civil Procedure.

4. The parties shall, by July 14, 2006, make the automatic document disclosure required by Local Rule 26.2(A) and, if

applicable, disclose the information required by Local Rule 35.1.

    5. Discovery shall initially be limited to the issues of (1) market definition, including whether hardware and services are separate markets and whether commercial and residential are separate markets; and (2) the issue of first use. Discovery shall be complete by September 29, 2006.

    6. Counsel shall meet to discuss settlement and, if necessary, future proceedings. They shall, by October 31, 2006, report concerning: (1) the prospects for settlement and whether they wish to go to mediation; (2) how they propose to proceed in this case; (3) outstanding disagreements between the parties; and (4) their positions on all outstanding issues with citations to supporting legal authorities.

    7. A scheduling conference will be held on November 16, 2006, at 3:00 p.m. It shall be attended by trial counsel with full settlement authority or with their client(s).

                                                /s/ MARK L. WOLF
                                          UNITED STATES DISTRICT JUDGE