UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROADVOICE, INC., )<br>)<br>    Plaintiffs/Counterclaim Defendant, )<br>vs. )<br>)<br>BROADVOX, LLC, )<br>BROADVOX HOLDINGS LLC, )<br>BROADVOX DISTRIBUTION LLC and )<br>BROADVOX CORPORATION, )<br>)<br>    Defendants/Counterclaimant. )<br>) | CIVIL ACTION<br>NO. 05-11008-MLW |

## NOTICE OF APPEARANCE

To the Clerk of the Above-Named Court:

Please take notice of the appearance of Robert N. Feldman of the firm Birnbaum & Godkin, LLP, as co-counsel for Plaintiff BroadVoice, Inc.

        Respectfully submitted,

        BroadVoice, Inc.
        By its attorneys

        /s/ Robert N. Feldman
        BIRNBAUM & GODKIN, LLP
        Robert N. Feldman (BBO # 630734)
        280 Summer Street
        Boston, MA 02210
        Tel: 617-307-6100
        Fax: 617-307-6101

Dated: June 16, 2006

## CERTIFICATE OF SERVICE

    I, Robert N. Feldman, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 16, 2006.

                                            /s/ Robert N. Feldman
                                            Robert N. Feldman