UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROADVOICE, INC., | ) |
| | ) |
|     Plaintiff / Counterclaim Defendant, | ) |
| | ) Civil Action No. 05-11008-MLW |
| v. | ) |
| | ) |
| BROADVOX, LLC, | ) |
| BROADVOX HOLDINGS, LLC, | ) |
| BROADVOX DISTRIBUTION, LLC and, | ) |
| BROADVOX CORPORATION. | ) |
| | ) |
|     Defendants / Counterclaimants | ) |

**JOINT REPORT CONCERNING SETTLEMENT CONFERENCE**

Plaintiff/Counterclaim-Defendant BroadVoice, Inc. ("BroadVoice") and Defendants/Counterclaimants Broadvox, LLC, Broadvox Holdings, LLC, Broadvox Distribution, LLC and Broadvox Corporation (collectively, "Broadvox") submit the following joint statement.

**I.  Background**

On May 26, 2006, the Court issued a scheduling order directing counsel for the parties to meet to explore the possibility of settlement and also to report the status and prospects for settlement by June 23, 2006.  In accord with that order, counsel met in Boston on June 19 to discuss settlement.

**II.  Status**

On June 20, the parties reached a preliminary agreement as to settlement terms. BroadVoice and Broadvox have begun the process of documenting their agreement, and

they expect that process to be completed within the next forty-five (45) days.  The parties thus intend to ask the Court, in the form of a separate motion to be jointly filed, to extend the various deadlines set forth in the May 26 scheduling order by sixty (60) days in order to permit the parties to complete the documentation process.

Respectfully submitted,

| | |
|---|---|
| BROADVOICE, INC.<br><br>by its attorneys,<br><br>*/s/ Sean Ploen*<br>Sean Ploen (BBO# 641279)<br>Boston Law Group, LLP<br>20 Park Plaza, Suite 637<br>Boston, Massachusetts 02116<br>Tel:  (617) 426-6809<br>sploen@bostonlawgroup.com | BROADVOX LLC,<br>BROADVOX HOLDINGS LLC,<br>BROADVOX DISTRIBUTION LLC,<br>and<br>BROADVOX CORPORATION.<br><br>by their attorneys,<br><br>*/s/ Michael Boudett*<br>Michael P. Boudett<br>Heather L. Carlton<br>Foley Hoag LLP<br>155 Seaport Boulevard<br>Boston, Massachusetts 02210<br>Tel:  (617) 832-1000 |
| */s/ Lucy Lovrien*<br>Lucy D. Lovrien (BBO# 555042)<br>10 Winthrop Square<br>Boston, Massachusetts 02110<br>Tel:  (617) 423-4050<br>lovrien@wn.net<br><br>*/s/ Robert N. Feldman*<br>Robert N. Feldman (BBO # 630734)<br>Birnbaum & Godkin, LLP<br>280 Summer Street<br>Boston, MA  02210<br>Tel.: (617) 307-6100<br>feldman@birnbaumgodkin.com | */s/ Robert Chudakoff*<br>Robert E. Chudakoff<br>(Ohio Bar #0038594, admitted *pro hac vice*)<br>Ulmer & Berne LLP<br>Skylight Office Tower<br>1660 West 2nd Street – Suite 1100<br>Cleveland, Ohio  44113-1448<br>Tel:  (216) 583-7000<br>rchudakoff@ulmer.com |

Dated:  June 23, 2006

## **CERTIFICATE OF SERVICE**

      I, Sean Ploen, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those identified as non-registered participants on June 23, 2006.

                                 */s/ Sean Ploen*
                                 Sean Ploen