UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                      )
BROADVOICE, INC.,                     )
                                      )
    Plaintiff/Counterclaim Defendant, )
vs.                                   )   CIVIL ACTION
                                      )   NO. 05-11008-MLW
BROADVOX LLC,                         )
BROADVOX HOLDINGS LLC,                )
BROADVOX DISTRIBUTION LLC and         )
BROADVOX CORPORATION,                 )
                                      )
    Defendants/Counterclaimant.       )
_____)

## MOTION TO EXTEND THE PRE-TRIAL SCHEDULING ORDER DEADLINES

Plaintiff/Counterclaim-Defendant BroadVoice, Inc. ("BroadVoice"), with the assent of Defendants/Counterclaimants Broadvox, LLC, Broadvox Holdings, LLC, Broadvox Distribution, LLC and Broadvox Corporation (collectively, "Broadvox"), respectfully moves to extend all deadlines in the parties' current Scheduling Order by sixty (60) days. As grounds for its motion, BroadVoice states as follows:

    1.    On May 26, 2006, the Court issued a scheduling order directing counsel for the parties to meet to explore the possibility of settlement and to report the status and prospects for settlement to the Court by June 23, 2006.

    2.    On June 19, 2006, the parties participated in an all-day settlement meeting. On June 20, 2006, the parties reached a preliminary settlement, which, if finished, will result in dismissal of all claims asserted in the present action.

3. In accordance with the Scheduling Order, on June 23, 2006, the parties submitted a Joint Report Concerning Settlement Conference. The Joint Report indicated that BroadVoice and Broadvox are in the process of documenting their settlement agreement and expect that process, which involves reducing to writing the allocation of various rights to certain intellectual property, to be completed within the next forty-five (45) days.

4. Under the current Scheduling Order, any Motion to Amend the Complaint must be filed by June 30, 2006, with other deadlines following promptly thereafter.

5. Therefore, the parties seek a short sixty (60) day extension of all deadlines (see below), including deadlines related to any Motion to Amend the Complaint, in the Scheduling Order so that, in the event a final settlement is not reached, the parties have the ability to timely amend the complaint and/or counterclaim, can complete discovery and properly prepare their cases for trial.

WHEREFORE, BroadVoice, with the assent of Broadvox, requests that its motion be allowed and that the following deadlines be set by the Court: (1) August 22, 2006 – the first day written discovery can be served;[1] (2) August 29, 2006 – Motions to Amend Complaint; (3) September 8, 2006 – Automatic Disclosures; (4) November 28, 2006 – Discovery on the

---

[1] "Discovery shall be initially limited to the issues of (1) market definition, including whether hardware and services are separate markets and whether commercial and residential are separate markets; and (2) the issue of first use." See May 26, 2006 Court Order.

limited issues identified shall be complete; (5) December 29, 2006 – Report Concerning Settlement; and (6) January 15, 2007 – Scheduling Conference.

                      Respectfully submitted,

                      BroadVoice, Inc.
                      By its attorneys

DATE:  June 29, 2006          /s/ Robert N. Feldman
                      BIRNBAUM & GODKIN, LLP
                      Robert N. Feldman (BBO # 630734)
                      280 Summer Street
                      Boston, MA  02210
                      Tel: (617) 307-6100
                      Fax: (617) 307-6101

                      BOSTON LAW GROUP, LLP
                      Sean C. Ploen (BBO # 641279)
                      20 Park Plaza, Suite 637
                      Boston, Massachusetts 02116
                      Tel.: (617) 426-6800

                      Lucy D. Lovrien (BBO# 555042)
                      10 Winthrop Square
                      Boston, Massachusetts 02110
                      Tel:  (617) 423-4050

**CERTIFICATE OF SERVICE**

     I, Robert N. Feldman, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 29, 2006.

                      /s/ Robert N. Feldman
                      Robert N. Feldman