UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    )
BROADVOICE, INC.,                                   )
                                                    )
      Plaintiff,                               )      Civil Action No. 05-11008-MLW
                                                    )
v.                                                  )
                                                    )
BROADVOX, LLC,                                      )
BROADVOX HOLDINGS LLC                               )
BROADVOX DISTRIBUTION LLC                           )
BROADVOX CORPORATION,                               )
                                                    )
      Defendants.                              )
_____)

## MOTION TO WITHDRAW

      In accordance with Local Rule 83.5.3(c), I, Heather L. Carlton, hereby move for leave to withdraw as counsel for Defendants Broadvox LLC, Broadvox Holdings LLC, Broadvox Distribution LLC, and Broadvox Corporation ("Broadvox").  As grounds for this motion, I state the following:

      1.      There is a Scheduling Conference set for January 15, 2007 at 4 p.m.

      2.      My last day at Foley Hoag LLP is Friday, August 4, 2006.  At that time, I will be relocating to Washington, D.C., and will be employed by a new law firm.  My Notice of Withdrawal is attached hereto as Exhibit A.

      3.      Michael P. Boudett and the law firm of Foley Hoag LLP, as well as Robert E. Chudakoff and the law firm of Ulmer Berne LLP, will continue to serve as counsel for Broadvox.

      4.      The client consents to this withdrawal.

WHEREFORE, moving counsel requests leave to withdrawal as counsel for

Broadvox.

Respectfully submitted,


_____/s/ Heather L. Carlton_____
Heather L. Carlton (BBO No. 661583)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02110-2600
(617) 832-1000
hcarlton@foleyhoag.com


Dated: August 3, 2006


## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing to be served upon counsel of
record for plaintiff electronically this 3rd day of August, 2006.


_____/s/ Heather L. Carlton_____
Heather L. Carlton

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                          )
BROADVOICE, INC.,                                         )
                                                          )
          Plaintiff,                                      )          Civil Action No. 05-11008-MLW
                                                          )
v.                                                        )
                                                          )
BROADVOX, LLC,                                            )
BROADVOX HOLDINGS LLC                                     )
BROADVOX DISTRIBUTION LLC                                 )
BROADVOX CORPORATION,                                     )
                                                          )
          Defendants.                                     )
_____)

## NOTICE OF WITHDRAWAL

The undersigned, Heather L. Carlton, hereby withdraws as counsel for Defendants

Broadvox LLC, Broadvox Holdings LLC, Broadvox Distribution LLC, and Broadvox

Corporation in the above-captioned action.  Attorney Michael P. Boudett and the law firm of

Foley Hoag LL, 155 Seaport Blvd., Boston, MA 02210 will continue as counsel.

Respectfully submitted,


_____/s/ Heather L. Carlton_____
Heather L. Carlton (BBO No. 661583)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02110-2600
(617) 832-1000
hcarlton@foleyhoag.com


Dated: August 3, 2006