UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                       )
BROADVOICE, INC.,                      )
                                       )
    Plaintiff/Counterclaim Defendant,  )
vs.                                    )   CIVIL ACTION
                                       )   NO. 05-11008-MLW
BROADVOX LLC,                          )
BROADVOX HOLDINGS LLC,                 )
BROADVOX DISTRIBUTION LLC and          )
BROADVOX CORPORATION,                  )
                                       )
    Defendants/Counterclaimant.        )
_____ )

## ASSENTED-TO MOTION FOR SECOND EXTENSION OF THE PRE-TRIAL SCHEDULING ORDER DEADLINES

Plaintiff/Counterclaim-Defendant BroadVoice, Inc. ("BroadVoice"), with the assent of Defendants/Counterclaimants Broadvox, LLC, Broadvox Holdings, LLC, Broadvox Distribution, LLC and Broadvox Corporation (collectively, "Broadvox"), respectfully moves to extend all deadlines in the parties' current Scheduling Order by thirty (30) days. As grounds for its motion, BroadVoice states as follows:

    1.    On May 26, 2006, the Court issued a scheduling order directing counsel for the parties to meet to explore the possibility of settlement and to report the status and prospects for settlement to the Court by June 23, 2006.

    2.    On June 20, 2006, the parties reached a preliminary settlement, which, when finished, will result in dismissal of all claims asserted in the present action.

    3.    On June 29, the parties filed a motion to extend the Court's pre-trial Scheduling Order deadlines, which the Court approved on June 30.

4.      BroadVoice and Broadvox now are completing the process of documenting their settlement agreement and expect that process, which involves reducing to writing the allocation of various rights to certain intellectual property, to be completed within the next thirty (30) days.

5.      Under the amended Scheduling Order, any Motion to Amend the Complaint must be filed by August 29, 2006, with other deadlines following promptly thereafter.

6.      Therefore, the parties seek a short thirty (30) day extension of all deadlines (see below), including deadlines related to any Motion to Amend the Complaint, so that, in the event a final settlement is not reached, the parties have the ability to timely amend the complaint and/or counterclaim, can complete discovery and properly prepare their cases for trial.

WHEREFORE, BroadVoice, with the assent of Broadvox, requests that its motion be allowed and that the following deadlines be set by the Court: (1) September 21, 2006 – the first day written discovery can be served;[1] (2) September 28, 2006 – Motions to Amend Complaint; (3) October 9, 2006 – Automatic Disclosures; (4) December 29, 2006 – Discovery on the limited issues identified shall be complete; (5) January 31, 2006 – Report Concerning Settlement; and (6) February 15, 2007 – Scheduling Conference.

                            Respectfully submitted,

                            BroadVoice, Inc.
                            By its attorneys

DATE: August 25, 2006         /s/ Sean C. Ploen
                            BOSTON LAW GROUP, LLP
                            Sean C. Ploen (BBO # 641279)
                            20 Park Plaza, Suite 637
                            Boston, Massachusetts 02116
                            Tel.: (617) 426-6800

---

[1] "Discovery shall be initially limited to the issues of (1) market definition, including whether hardware and services are separate markets and whether commercial and residential are separate markets; and (2) the issue of first use." See May 26, 2006 Court Order.

BIRNBAUM & GODKIN, LLP
Robert N. Feldman (BBO # 630734)
280 Summer Street
Boston, MA  02210
Tel: (617) 307-6100
Fax: (617) 307-6101

Lucy D. Lovrien (BBO# 555042)
10 Winthrop Square
Boston, Massachusetts 02110
Tel:  (617) 423-4050

## CERTIFICATE OF SERVICE

    I, Sean Ploen, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 25, 2006.

    /s/ Sean Ploen
    Sean Ploen