UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                       )
BROADVOICE, INC.,                      )
                                       )
    Plaintiff/Counterclaim Defendant,  )
vs.                                    )   CIVIL ACTION
                                       )   NO. 05-11008-MLW
BROADVOX LLC,                          )
BROADVOX HOLDINGS LLC,                 )
BROADVOX DISTRIBUTION LLC and          )
BROADVOX CORPORATION,                  )
                                       )
    Defendants/Counterclaimant.        )
_____ )

## ASSENTED-TO MOTION FOR THIRD EXTENSION OF THE PRE-TRIAL SCHEDULING ORDER DEADLINES

Plaintiff/Counterclaim-Defendant BroadVoice, Inc. ("BroadVoice"), with the assent of Defendants/Counterclaimants Broadvox, LLC, Broadvox Holdings, LLC, Broadvox Distribution, LLC and Broadvox Corporation (collectively, "Broadvox"), respectfully moves to extend all deadlines in the parties' current Scheduling Order by sixty (60) days. As grounds for its motion, BroadVoice states as follows:

    1.    On June 20, 2006, the parties reached a preliminary settlement of the above-captioned matter, which, when finished, will result in dismissal of all claims asserted in the action.

    2.    On June 30 and again on August 29, the Court, at the request of the parties, approved motions to extend the Court's Scheduling Order deadlines.

3.      BroadVoice and Broadvox now have neared completion of the process of documenting their settlement agreement, which involves reducing to writing the allocation of various rights to certain intellectual property.

4.      Under the amended Scheduling Order, any Motion to Amend the Complaint must be filed by September 28, 2006, with other deadlines following promptly thereafter.

5.      Therefore, the parties seek a sixty (60) day extension of all deadlines (see below), including deadlines related to any Motion to Amend the Complaint, so that, in the event a final settlement is not reached, the parties have the ability to timely amend the complaint and/or counterclaim, can complete discovery and properly prepare their cases for trial.

WHEREFORE, BroadVoice, with the assent of Broadvox, requests that its motion be allowed and that the following deadlines be set by the Court: (1) November 21, 2006 – the first day written discovery can be served;[1] (2) November 28, 2006 – Motions to Amend Complaint; (3) December 8, 2006 – Automatic Disclosures; (4) February 28, 2006 – Discovery on the limited issues identified shall be complete; (5) March 30, 2006 – Report Concerning Settlement; and (6) April 16, 2007 – Scheduling Conference.

          Respectfully submitted,

          BroadVoice, Inc.
          By its attorneys

DATE:  September 26, 2006        /s/ Sean C. Ploen
          BOSTON LAW GROUP, LLP
          Sean C. Ploen (BBO # 641279)
          20 Park Plaza, Suite 637
          Boston, Massachusetts 02116
          Tel.: (617) 426-6800

---

[1] "Discovery shall be initially limited to the issues of (1) market definition, including whether hardware and services are separate markets and whether commercial and residential are separate markets; and (2) the issue of first use." See May 26, 2006 Court Order.

2

BIRNBAUM & GODKIN, LLP
Robert N. Feldman (BBO # 630734)
280 Summer Street
Boston, MA  02210
Tel: (617) 307-6100
Fax: (617) 307-6101

Lucy D. Lovrien (BBO# 555042)
10 Winthrop Square
Boston, Massachusetts 02110
Tel:  (617) 423-4050

## CERTIFICATE OF SERVICE

    I, Sean Ploen, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 26, 2006.

    /s/ Sean Ploen
    Sean Ploen