UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
BROADVOICE, INC.,                   )
                                    )
    Plaintiff/Counterclaim Defendant, )
vs.                                 )   CIVIL ACTION
                                    )   NO. 05-11008-MLW
BROADVOX LLC,                       )
BROADVOX HOLDINGS LLC,              )
BROADVOX DISTRIBUTION LLC and       )
BROADVOX CORPORATION,               )
                                    )
    Defendants/Counterclaimant.     )
_____ )

## ASSENTED-TO MOTION FOR FOURTH EXTENSION OF THE PRE-TRIAL SCHEDULING ORDER DEADLINES

    Plaintiff/Counterclaim-Defendant BroadVoice, Inc. ("BroadVoice"), with the assent of Defendants/Counterclaimants Broadvox, LLC, Broadvox Holdings, LLC, Broadvox Distribution, LLC and Broadvox Corporation (collectively, "Broadvox"), respectfully moves to extend all deadlines in the parties' current Scheduling Order by ten (10) days. As grounds for its motion, BroadVoice states as follows:

    1.    On June 20, 2006, the parties reached a preliminary settlement of the above-captioned matter, which, when finished, will result in dismissal of all claims asserted in the action.

    2.    BroadVoice and Broadvox now have neared completion of the process of documenting their settlement agreement, which involves negotiating and reducing to writing the allocation of various rights to certain intellectual property.

3.     Under the amended Scheduling Order, any Motion to Amend the Complaint must be filed by November 28, 2006, with other deadlines following promptly thereafter.

4.     Therefore, the parties seek a ten (10) day extension of all deadlines (see below), including deadlines related to any Motion to Amend the Complaint, so that, in the event a final settlement is not reached, the parties have the ability to timely amend the complaint and/or counterclaim, can complete discovery and properly prepare their cases for trial.

WHEREFORE, BroadVoice, with the assent of Broadvox, requests that its motion be allowed and that the following deadlines be set by the Court: (1) December 1, 2006 – the first day written discovery can be served;[1] (2) December 8, 2006 – Motions to Amend Complaint; (3) December 18, 2006 – Automatic Disclosures; (4) March 12, 2006 – Discovery on the limited issues identified shall be complete; (5) April 9, 2006 – Report Concerning Settlement; and (6) April 26, 2007 – Scheduling Conference.

                Respectfully submitted,

                BroadVoice, Inc.
                By its attorneys

DATE: November 28, 2006        /s/ Sean C. Ploen
                BOSTON LAW GROUP, LLP
                Sean C. Ploen (BBO # 641279)
                20 Park Plaza, Suite 637
                Boston, Massachusetts 02116
                Tel.: (617) 426-6800

                BIRNBAUM & GODKIN, LLP
                Robert N. Feldman (BBO # 630734)
                280 Summer Street
                Boston, MA 02210
                Tel: (617) 307-6100

---

[1] "Discovery shall be initially limited to the issues of (1) market definition, including whether hardware and services are separate markets and whether commercial and residential are separate markets; and (2) the issue of first use." See May 26, 2006 Court Order.

2

Fax: (617) 307-6101

Lucy D. Lovrien (BBO# 555042)
10 Winthrop Square
Boston, Massachusetts 02110
Tel:  (617) 423-4050

**CERTIFICATE OF SERVICE**

    I, Sean Ploen, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 28, 2006.

    /s/ Sean Ploen
    Sean Ploen