UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BROADVOICE, INC., ) | |
| ) | |
| Plaintiff / Counterclaim Defendant, ) | |
| ) | Civil Action No. 05-11008-MLW |
| v. ) | |
| ) | |
| BROADVOX LLC, ) | |
| BROADVOX HOLDINGS LLC, ) | |
| BROADVOX DISTRIBUTION LLC and, ) | |
| BROADVOX CORPORATION. ) | |
| ) | |
| Defendants / Counterclaimant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AND ORDER OF DISMISSAL

The parties in the within action, by and through their counsel of record, do hereby stipulate that all claims and counterclaims that were or could have been asserted against any party in the within action are dismissed with prejudice, each party to pay its own court costs and attorneys fees. The Court shall retain jurisdiction to enforce the parties' settlement agreement.

//

//

//

//

IT IS SO STIPULATED.

BROADVOX LLC,
BROADVOX HOLDINGS LLC,
BROADVOX DISTRIBUTION LLC, and
BROADVOX CORPORATION.

by their attorneys,

s/ *Michael P. Boudett*
Michael P. Boudett (BBO #558757)
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
Tel:  (617) 832-1000
MXB@foleyhoag.com

s/ *Robert E. Chudakoff*
Robert E. Chudakoff (admitted *pro hac vice*)
(OH Bar #0038594)
Ulmer & Berne LLP
Skylight Office Tower
1660 West 2nd Street – Suite 1100
Cleveland, Ohio  44113-1448
Tel: (216) 583-7000
Fax: (216) 583-7001
rchudakoff@ulmer.com

BROADVOICE, INC.

by its attorneys,

s/ *Lucy D. Lovrien*
Lucy D. Lovrien (BBO # 555042)
10 Winthrop Square
Boston, MA 02110
Tel: (617) 423-4050
Fax:  (617) 426-5251
Email: lovrien@wn.net

s/ *Sean C. Ploen*
Sean C. Ploen  (BBO # 641279)
Boston Law Group, LLP
20 Park Plaza, Suite 637
Boston, MA   02116
Tel: (617) 426-6809
Fax: (617) 426-6802
Email: sploen@bostonlawgroup.com

s/ *Robert N. Feldman*
Robert N. Feldman (BBO # 630734)
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA 02210
Tel: (617) 307-6100
Fax: (617) 307-6101
Email: feldman@birnbaumgodkin.com

Dated: March 28, 2007

3

## **ORDER**

IT IS SO ORDERED.

_____
JUDGE

Dated: _____, 2007