UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROADVOICE, INC., <br><br> Plaintiff / Counterclaim Defendant, <br><br> v. <br><br> BROADVOX LLC, <br> BROADVOX HOLDINGS LLC, <br> BROADVOX DISTRIBUTION LLC and, <br> BROADVOX CORPORATION. <br><br> Defendants / Counterclaimant. | Civil Action No. 05-11008-MLW |

### STIPULATION OF DISMISSAL WITH PREJUDICE
### AND ORDER OF DISMISSAL

The parties in the within action, by and through their counsel of record, do hereby stipulate that all claims and counterclaims that were or could have been asserted against any party in the within action are dismissed with prejudice, each party to pay its own court costs and attorneys fees. The Court shall retain jurisdiction to enforce the parties' settlement agreement.

//

//

//

//

IT IS SO STIPULATED.

                              BROADVOX LLC,
                              BROADVOX HOLDINGS LLC,
                              BROADVOX DISTRIBUTION LLC, and
                              BROADVOX CORPORATION.

                              by their attorneys,

| | |
|---|---|
| s/ *Michael P. Boudett* | s/ *Robert E. Chudakoff* |
| Michael P. Boudett (BBO #558757) | Robert E. Chudakoff (admitted *pro hac vice*) |
| Foley Hoag LLP | (OH Bar #0038594) |
| 155 Seaport Boulevard | Ulmer & Berne LLP |
| Boston, Massachusetts 02210 | Skylight Office Tower |
| Tel: (617) 832-1000 | 1660 West 2nd Street – Suite 1100 |
| MXB@foleyhoag.com | Cleveland, Ohio 44113-1448 |
| | Tel: (216) 583-7000 |
| | Fax: (216) 583-7001 |
| | rchudakoff@ulmer.com |
| | |
| | BROADVOICE, INC. |
| | |
| | by its attorneys, |
| | |
| s/ *Lucy D. Lovrien* | s/ *Sean C. Ploen* |
| Lucy D. Lovrien (BBO # 555042) | Sean C. Ploen (BBO # 641279) |
| 10 Winthrop Square | Boston Law Group, LLP |
| Boston, MA 02110 | 20 Park Plaza, Suite 637 |
| Tel: (617) 423-4050 | Boston, MA 02116 |
| Fax: (617) 426-5251 | Tel: (617) 426-6809 |
| Email: lovrien@wn.net | Fax: (617) 426-6802 |
| | Email: sploen@bostonlawgroup.com |
| | |
| s/ *Robert N. Feldman* | |
| Robert N. Feldman (BBO # 630734) | |
| Birnbaum & Godkin, LLP | |
| 280 Summer Street | |
| Boston, MA 02210 | |
| Tel: (617) 307-6100 | |
| Fax: (617) 307-6101 | |
| Email: feldman@birnbaumgodkin.com | |

                                                            Dated: March 28, 2007

## ORDER

IT IS SO ORDERED.

                                       /s/ Mark L. Wolf by Deputy Clerk
                                       JUDGE

Dated: April 9, 2007